FILED

IN THE UNITED STATES DISTRICT COURT

MAR 12 AM 10:50

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. SIMS,

    Plaintiff,

v.

FRAN YEGANEH,

    Defendant.
_____/

No. C-08-01401 JSW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:

    Bankruptcy Case: 05-30477 TEC
    Adversary No.: 05-3243
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-08-01401 JSW before the Honorable Jeffrey S. White.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/20/2008 at     in Courtroom 2, 17th floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 12, 2008

                                    For the Court
                                    Richard W. Wieking, Clerk

_____
By: Deputy Clerk

cc: USBC
    Counsel of Record

MARY ANN BUCKLEY