**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. SIMS,

    Plaintiff,

v.

FRAN YEGANEH,

    Defendant.
_____/

No. C 08-01401 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Yeganeh v. Sims, et al.*, N.D. Civ. No. 06-2788-CW and *Yeganeh v. Sims,* N.D. Civ. No. 08-1399-CW.

**IT IS SO ORDERED.**

Dated: March 25, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc:    Judge Claudia Wilken