1  Charles P. Maher, State Bar No. 124748
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5

6  Attorneys for Andrea A. Wirum,
   Successor-in-Interest to Charles E. Sims
7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | In re RAMIN YEGANEH, | District Court Case No. C-08-01401 JSW |
|---|---|---|
| 13 | Debtor. | |
| 14 | | |
| 15 | CHARLES E. SIMS, Trustee, | Bankruptcy Case No. 05-30047 TEC Chapter 7 |
| 16 | Appellee, | |
| 17 | v. | Adversary Proceeding No. 05-3243 TC |
| 18 | ADVANTA TRUST and FARIN YEGANEH aka F. NAMDARAN aka FRAN NAMDARAN aka FARIN NAMDARAN aka FRAN YEGANEH, | [proposed] ORDER DISMISSING APPEAL OF INTERLOCUTORY ORDER [FRCP 12(b)(1)] |
| 19 | | |
| 20 | Appellant. | Date: May 16, 2008 |
| 21 | | Time: 9:00 a.m. |
| 22 | | Place: 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, CA |
| 23 | | Court: Honorable Jeffrey S. White |

24       On May 16, 2008, a hearing was held on the motion of Andrea A. Wirum, Trustee in
25  Bankruptcy of the estate of Ramin Yeganeh (Bankruptcy Case No. 05-30047 TC), and successor-
26  in-interest to Charles E. Sims, Appellee.  Charles P. Maher of Luce, Forward, Hamilton &
27  Scripps, LLP, appeared on behalf of Appellee.  William Gilg appeared on behalf of the
28  Appellants.

                                        1

Having considered the motion and supporting documentation filed by Appellee and the opposition filed by the Appellants, the Court having determined that the above appeal is of an interlocutory order for which leave has not been granted, and that this Court does not have jurisdiction under 28 U.S.C. § 158(a), and for the reasons stated on the record, it is

ORDERED as follows:

1. The notice of appeal commencing the above case is deemed a motion for leave to appeal an interlocutory order pursuant to Rule 8003(c) of the Federal Rules of Bankruptcy Procedure.

2. The Appellants' motion for leave to appeal is denied and the above appeal is dismissed.

Dated: _____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

301034942.1