United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RAMIN YEGANEH,

    Debtor.

_____/

No. C 08-1399 CW
    C 08-1400 CW
    C 08-1401 CW

ORDER GRANTING APPELLEE'S MOTION TO DISMISS

    Appellee and trustee Andrea A. Wirum, acting as successor-in-interest to Charles E. Sims moves to dismiss this interlocutory appeal of the bankruptcy court's denial of Appellants Ramin Yeganeh and Fran Yeganeh's motions for summary judgment.  The Court construes the appeals as motions for leave to appeal the interlocutory orders denying the underlying motions for summary judgment.  See Fed. R. Bankr. 8003(c).  Having considered the parties' papers, the Court finds that Appellants have not demonstrated that such leave is appropriate.  Therefore, the Court GRANTS Appellee's motions to dismiss (08-1388, Docket No. 3; 08-1400, Docket No. 3; 08-1401, Docket No. 4).

    IT IS SO ORDERED.

Dated: 5/9/08

    CLAUDIA WILKEN
    United States District Judge